UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Rebecca A. Solarz
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
      Alberto Carino Cortes
            Debtor
      Laura E. Salazar,
            Co-Debtor

Order Filed on November 5, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No: 19-19411 JNP

Chapter: 13

Hearing Date: November 5, 2019 at 10:00 A.M.

Judge: Jerrold N. Poslusny Jr.

| Recommended Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 5, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐     Real Property More Fully Described as:

■     Personal Property More Fully Describes as: **2016 Toyota Camry Le, VIN: 4T4BF1FK2GR550407,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*