| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Rebecca A. Solarz<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation | Order Filed on November 5, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Case No: <u>19-19411 JNP</u><br><br>Chapter: <u>13</u><br><br>Hearing Date: <u>November 5, 2019 at 10:00 A.M.</u><br><br>Judge: Jerrold N. Poslusny Jr. |
| In Re:<br>    Alberto Carino Cortes<br>        Debtor<br>    Laura E. Salazar,<br>        Co-Debtor | |

| Recommended Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 5, 2019**

_Honorable Jerrold N. Poslusny, Jr._
United States Bankruptcy Court

[Type text]

Upon the motion of Toyota Motor Credit Corporation, under Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as: **2016 Toyota Camry Le, VIN: 4T4BF1FK2GR550407,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Alberto Carino Cortes  
      Debtor

Case No. 19-19411-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Nov 05, 2019  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.  
db          +Alberto Carino Cortes,    118 E. Adams Ave.,    Pleasantville, NJ 08232-2447

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:  
         Bruno  Bellucci, III    on behalf of Debtor Alberto  Carino Cortes jkearney@bellucilaw.net,  
          bbellucci@bellucilaw.net,lcanizzaro@bellucilaw.net,kpalermo@bellucilaw.net,  
          ddillhoff@bellucilaw.net  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
          summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation  
          rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 5