**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alberto Carino Cortes<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2750<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:   19-19411-JNP

## Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alberto Carino Cortes

<u>6/26/24</u>                                          **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19411-JNP |
| Alberto Carino Cortes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 27, 2024 | Form ID: 3180W | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alberto Carino Cortes, 118 E. Adams Ave., Pleasantville, NJ 08232-2447 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2024 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2024 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518233784 | ^ | MEBN | Jun 27 2024 21:44:44 | Apothaker Scian, PC, 520 Fellowship Rd. Ste. C306, Mount Laurel, NJ 08054-3410 |
| 518233785 | + | EDI: WFNNB.COM | Jun 28 2024 02:12:00 | Boscovs / Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 518289464 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 22:04:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518233786 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2024 22:00:00 | Cavalry Portfolio Svcs., 500 Summit Lake Dr. Ste. 4A, Valhalla, NY 10595-2323 |
| 518268012 | + | Email/Text: bankruptcy@cavps.com | Jun 27 2024 22:00:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518233789 | | EDI: CITICORP | Jun 28 2024 02:12:00 | Macys / Amex Department Stores, PO Bo 8218, Mason, OH 45040 |
| 518356715 | | EDI: Q3G.COM | Jun 28 2024 02:12:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518233787 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2024 21:56:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518233788 | + | EDI: SYNC | Jun 28 2024 02:12:00 | Lowes / SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 518307970 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 21:59:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 518356736 | | EDI: PRA.COM | Jun 28 2024 02:12:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518341809 | | EDI: Q3G.COM | Jun 28 2024 02:12:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518233790 | + | Email/Text: ngisupport@radiusgs.com | Jun 27 2024 21:57:00 | Radius, PO Box 390905, Minneapolis, MN 55439-0905 |

Case 19-19411-JNP    Doc 39    Filed 06/29/24    Entered 06/30/24 00:29:49    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 3180W | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 518233791 | + | Email/Text: bankruptcy@rubinrothman.com | Jun 27 2024 21:56:00 | Rubin & Rothman, LLC, PO Box 9003, Islandia, NY 11749-9003 |
| 518233792 | + | EDI: SYNC | Jun 28 2024 02:12:00 | Sams Club / SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 518233793 | + | EDI: SECONDROUND.COM | Jun 28 2024 02:12:00 | Second Round, 4150 Fredrich Lane Ste. 1, Austin, TX 78744-1052 |
| 518233794 | + | EDI: SYNC | Jun 28 2024 02:12:00 | TJ Max / SYNCB, PO Box 965015, Orlando, FL 32896-5015 |
| 518233795 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 27 2024 21:58:00 | Toyota Motor Credit, 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 518309296 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 27 2024 21:57:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518307230 |   | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 22:04:36 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518233796 | + | EDI: WFNNB.COM | Jun 28 2024 02:12:00 | Victorias Secret / Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518316249 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024                              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Bruno Bellucci, III | on behalf of Debtor Alberto Carino Cortes jkearney@belluccilaw.net bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 3180W | Total Noticed: 24 |

Jennifer L. Kearney  on behalf of Debtor Alberto Carino Cortes jkearney@belluccilaw.net
bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net

U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6